# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

United States of America
v.
ANTOINEZ TERRELL JOHNSON

)
)
)
)
)
)
)

Case No: 22-000170-CG-N
USM No: 16729-003

Date of Original Judgment: 08/28/2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant received ten criminal history points and committed the offense while under a criminal justice sentence, resulting in an additional two points which produced a criminal history score of 12 and criminal history category of V. Upon recalculation of the defendants criminal history score, with the addition of one status point instead of two points, the resulting criminal history score of 11 still yields a criminal history category of V. Pursuant to U.S.S.G. §1B.10(a)(2)(B), if an amendment does not have the effect of lowering the defendants guideline range, the defendant is deemed ineligible for relief.

Except as otherwise provided, all provisions of the judgment dated 08/28/2023 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/01/2024

/s/ Callie V. S. Granade
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Senior District Judge Callie V. S. Granade
*Printed name and title*